PER CURIAM.
 

 The facts in this case are virtually identical to the facts in
 
 Adams v. State,
 
 942 So.2d 1024 (Fla. 4th DCA 2006). Nine days after the imposition of his sentence, Bolden moved to withdraw his plea. Five days later, and before the motion could be heard, Bolden filed a notice of appeal. The trial court erroneously ruled that it lacked jurisdiction to hear the motion.
 
 Id.; see also Smith v. State,
 
 900 So.2d 732, 733 (Fla. 4th DCA 2005) (recognizing that where timely motion
 
 to
 
 withdraw plea is pending when notice of appeal is filed, trial court still has jurisdiction to decide motion). Accordingly, we reverse for consideration of the motion to withdraw plea.
 

 REVERSED.
 

 GRIFFIN, TORPY and LAWSON, JJ., concur.